# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

JOEL ALEMAN, JOSE LUIS AYALA, ANTONIO BARENO, JESUS BOHORQUEZ, ADOLFO CARRILLO, MELECIO CASTELLON, SALVADOR GOMEZ, ERASTO GUTIERREZ, SEBASTIAN HERNANDEZ, ANTONIO LOPEZ, EDGAR LOPEZ, CRISANTO LOPEZ-MENDOZA, FRANCISCO LORENZO, FRANCISCO MEJIA, LORENZO MENDEZ, MATEO PASCUAL, DOMINGO PEREZ-GOMEZ, MARIA TERESA PINEDA, ELEODORO ROBLERO, EUSEBIO ROMERO, ALMA DALIA SANTIAGO, DOMINGO G. SEBASTIAN,

    Plaintiffs,

v.                                  Case No:  2:09-CV-385-FtM-36-DNF

C&B FARMS, INC., CHARLES W. OBERN,

    Defendants.
_____/

## **O R D E R**

**THIS CAUSE** came on for consideration upon the Amended Report and Recommendation filed by United States Magistrate Judge Douglas N. Frazier on December 28, 2009 (Dkt. 33) recommending that the Court approve the parties' settlement agreement and dismiss this action with prejudice [Dkt. 28]. The Court notes

that no parties filed written objections to the Amended Report and Recommendation and the time for filing such objections has expired.

After careful consideration of the Amended Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Amended Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court is satisfied that the settlement reached among the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1355 (11th Cir.1982), and 29 U.S.C. §216.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1) The Report and Recommendation of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) The Revised Joint Motion for Judicial Approval of Parties' Settlement Agreement and for Dismissal of Action With Prejudice (Dkt. 28) is GRANTED. The Settlement Agreement and Release of Claim (Dkt 28-2) is APPROVED.

3) The Plaintiff, Maria Teresa Pineda is dismissed from this action.

4) The clerk is directed to terminate any pending motions/deadlines, dismiss this action with prejudice and **CLOSE** this case.

**DONE AND ORDERED** in Ft. Myers, Florida, on January 14, 2010.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Magistrate Judge Douglas N. Frazier
Counsel of Record